# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CHARLES RANDOLPH CLEMONS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:22-cv-00466-ACA-JHE |
| ) | |
| **MADISON COUNTY ALABAMA CIRCUIT COURT, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

Plaintiff Charles Randolph Clemons filed a *pro se* complaint under 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1). The magistrate judge entered a report recommending that the court dismiss this action pursuant to 28 U.S.C. § 1915A(b)(2) for seeking monetary relief against defendants immune from such relief. (Doc. 7). Although the magistrate judge advised Mr. Clemons of his right to file written objections within fourteen days, the court has not received any objections.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.

Consistent with that recommendation and 28 U.S.C. § 1915A(b)(2), this action is due to be dismissed without prejudice for seeking monetary relief from a defendant who is immune from suit.

A final judgment will be entered.

**DONE** and **ORDERED** this May 19, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE